

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00827-CV

Les **GRIFFIN** and Molly Griffin,
Appellants

v.

**PST INVESTMENT GROUP, LLC**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 19541C
Honorable Susan Harris, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: March 31, 2021

DISMISSED FOR WANT OF PROSECUTION

We issued a show cause order on February 4, 2021 notifying appellants that their brief was late and instructing them to file the appellants' brief or a motion for extension of time within ten days, or this appeal would be dismissed for want of prosecution. Appellants failed to respond to our order. Therefore, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); 42.3(a), (c). Costs of appeal are taxed against appellants.

PER CURIAM